652

Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Horace J. Donnelly, Jr.* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 445. CASTELL, ANCILLARY EXECUTOR, *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles D. Hamel, John Enrietto,* and *Brainard Avery* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *A. F. Prescott* for the United States.

No. 451. DUBISKE *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd F. Loux* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

No. 452. OHIO CASUALTY INSURANCE Co. *v.* MARR ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Raymond G. Brown* for petitioner. No appearance for respondents.

No. 457. MARKS *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Allen*

*H. Gardner* and *George M. Morris* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Carlton Fox,* and *Charles A. Horsky* for the United States.

No. 464. ANCHOR STOVE & RANGE CO. *v.* RYMER ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Walter F. Murray* and *Vaughn Miller* for petitioner. *Mr. J. B. Sizer* for respondents.

No. 430. GEIBEL ET AL. *v.* STATE BAR OF CALIFORNIA. December 12, 1938. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Martin E. Geibel* and *Charles R. Morfoot, pro se. Mr. Philbrick McCoy* for respondent.

No. 446. NATIONAL LABOR RELATIONS BOARD *v.* PENINSULAR & OCCIDENTAL STEAMSHIP CO. December 12, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioner. *Messrs. Scott M. Loftin, Jno. P. Stokes,* and *Harold B. Wahl* for respondent. By leave of Court, *Mr. Charlton Ogburn* filed a brief on behalf of the American Federation of Labor, as *amicus curiae,* in support of respondent.

No. 458. KRUMM *v.* BIRKHOFER ET AL. December 12, 1938. Petition for writ of certiorari to the District Court of Appeal, 4th Appellate District, of California, denied. *Mr. Benjamin W. Shipman* for petitioner. *Mr. Ernest*